IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

CONNOR BOLAM,

          Defendant.

19-CR-6121 CJS

**INFORMATION**
**(Felony)**

**Violation:**
18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

## COUNT 1
**(Possession of Child Pornography)**

**The United States Attorney Charges That:**

On or about March 3, 2019, in the Western District of New York, the defendant, CONNOR BOLAM, did knowingly possess, and access with intent to view, material, that is, an iPhone S, model 1688, and a "MEGA" cloud storage account, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce: that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

FILED AUG 13 2019 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

# FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of the offense alleged in Count 1 of this Information, the defendant, CONNOR BOLAM, shall forfeit to the United States of America any property which contains a visual depiction of child pornography, pursuant to Title 18, United States Code, Section 2252(a)(1), and any and all property, real and personal, used, or intended to be used to commit or to promote the commission of such offense, pursuant to Title 18, United States Code, Section 2253(a)(3), and all property traceable to such property, including but not limited to the following:

a. An iPhone S, silver in color, model #1688; and
b. A custom built Roswell desktop tower.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Rochester, New York, August 13, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

BY: _____
KYLE P. ROSSI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 263-6760
Kyle.Rossi@usdoj.gov