UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                       19-CR-6121(CJS)

CONNOR BOLAM,

                          Defendant.

## FINAL ORDER OF FORFEITURE

WHEREAS, on August 19, 2019, this Court entered a Preliminary Order of Forfeiture

against:

      a.      An iPhone S, silver in color, model #1688; and

      b.      A custom built Roswell desktop tower

pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and Title 18, United States Code,

Sections 2253(a)(1) and (a)(3) and the incorporated procedures of Title 21, United States

Code, Section 853, based upon the defendant's guilty plea to a one-count Information (docket

#19-CR-6121) on or about August 13, 2019;


AND WHEREAS, for the 30 day period between August 22, 2019 and September 20,

2019, the United States published on an official government forfeiture website, namely

www.forfeiture.gov, notice of this forfeiture and the intent of the United States to dispose of

the property in accordance with the law and further notifying all third parties of their right to

petition the Court within sixty (60) days of the first date of publication for a hearing to

adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, the sixty-day period to file a claim expired on October 21, 2019, and no persons have filed a petition with the Court seeking a hearing to adjudicate the validity of their interests in the property;

NOW THEREFORE pursuant to Federal Rule of Criminal Procedure 32.2(c)(2) and the provisions of Title 18, United States Code, Sections 2253(a)(1) and (a)(3), and the incorporated procedures of Title 21, United States Code, Section 853,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that all right, title, and interest in:

a.      An iPhone S, silver in color, model #1688; and

b.      A custom built Roswell desktop tower

is hereby forever removed, discharged, condemned, and forfeited to the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that the United States Marshals Service and/or any other duly authorized federal agency shall dispose of the forfeited property according to law.

Dated: November 6, 2019, at Rochester, New York.

/s/ Charles J. Siragusa
HON. CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE