IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　6:19CR06121-001

CONNOR BOLAM,

        Defendant.

---

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on November 14, 2019.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, February 24, 2023.

                                    TRINI E. ROSS
                                    United States Attorney

BY:    s/KEVIN D. ROBINSON
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5804
        Kevin.D.Robinson@usdoj.gov